UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**West Palm Beach Division**
www.flsb.uscourts.gov

In re:  Case No: 11-33992-PGH
 Chapter 11
ELYSE ANNE ISADORE,

              Debtor.             /

**MOTION TO STRIP SECOND MORTGAGE LIEN AND FOR DETERMINATION
THAT CLAIM IS UNSECURED
Re: 3976 and 3978 Roan Court, Lake Worth, Florida 33403**

The Debtor in Possession Elyse Anne Isadore, by and through her undersigned counsel, and files this Motion to Strip Second Mortgage Lien and for Determination that the claim is unsecured, and in support thereof states as follows:

### I.   BACKGROUND

1. On or about August 29, 2011, the Debtor filed a Chapter 11 Petition in this Court.

2. On February 15, 2007, the Debtor purchased a property located at 3976 and 3978 Roan Court, Lake Park, Florida 33403 (hereinafter referred to as the "Property").

3. The Property is a rental property.

4. AEGIS Wholesale Corporation holds a first mortgage in the amount of $200,800.00 recorded in Official Records Book 21431, Page 1906 in the Public Records

1

of Palm Beach County, Florida. Mortgage Electronic Registration Systems, Inc. acts solely as a nominee for AEGIS. AEGIS assigned their interest to Indy Mac IMSC Mortgage Loan. Indy Mac IMSC Mortgage Loan assigned their interest to Deutsch Bank National Trust Company.

5.     AEGIS Wholesale Corporation holds a second mortgage dated February 15, 2007 in the amount of $37,650.00 which was recorded in Official Records Book 21431 Page 1923 of the Public Records of Palm Beach County, Florida. Mortgage Electronic Registration Systems, Inc. acts solely as a nominee for AEGIS.

## VALUATION

6.     An appraisal was completed on May 27, 2011 appraising the value of the Property at $85,000.00. Attached is a copy of the Appraisal as Exhibit "A".

7.     Accordingly, AEGIS's lien:

    (A)    is wholly unsecured and has no value as a secured inasmuch as the value of the Property is less that the claim amount of the second mortgage.

    (B)    is subject to "stripping off" in accordance with *In re: Tanner*, 217 F. 3d 1357 (11th Cir. 2000) finding that a wholly unsecured claim on a homestead is not afforded the anti-modification provision of 11 U.S.C. §1322(b)(2).

WHEREFORE, Debtors request this Court enter an Order stripping the second mortgage lien of AEGIS and to determine that the claim shall be treated as unsecured and for such other relief as the Court may deem just and proper.

Dated: September 26, 2011
      Boca Raton, FL

      SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
      BY: *s/ Aaron A. Wernick, Esq.*
      Aaron A. Wernickl, Esq.
      Florida Bar No. 149059
      Corporate Centre at Boca Raton
      7777 Glades Road, Suite 400
      Boca Raton, Florida 33434
      Telephone:  (561) 477-7800
      Facsimile:  (561) 477-7722
      E-mail: awernick@sbwlawfirm.com