# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
## West Palm Beach Division
www.flsb.uscourts.gov

In re:  Case No: 11-33992-PGH
Chapter 11

ELYSE ANNE ISADORE,

             Debtor.        /

## MOTION TO STRIP SECOND MORTGAGE LIEN AND FOR DETERMINATION THAT CLAIM IS UNSECURED
### Re: 4289 S. Mary Circle, Palm Beach Gardens, Florida 33410

The Debtor in Possession Elyse Anne Isadore, by and through her undersigned counsel, and files this Motion to Strip Second Mortgage Lien and for Determination that the claim is unsecured, and in support thereof states as follows:

### I.   BACKGROUND

1. On or about August 29, 2011, the Debtor filed a Chapter 11 Petition in this Court.

2. On March 15, 2005, the Debtor purchased a property located at 4289 S. Mary Circle, Palm Beach Gardens, FL 33410 (hereinafter referred to as the "Property").

3. The Property is a rental property.

4. Long Beach Mortgage Company holds a first mortgage in the amount of $128,000.00 which was recorded in Official Records Book 18283, Page 0676 of the Public Records of Palm Beach County, Florida. Long Beach Mortgage Company assigned its interest to Washington Mutual.

5. Long Beach Mortgage Company holds a second mortgage dated March 15, 2005 in the amount of $32,000.00 which was recorded in Official Records Book 18283

1

Page 0607 of the Public Records of Palm Beach County, Florida. Long Beach Mortgage Company assigned its interest to GMAC.

## VALUATION

6. An appraisal was completed on May 25, 2011 appraising the value of the Property at $115,000.00. Attached is a copy of the Appraisal as Exhibit "A".

7. Accordingly, GMAC's lien:

   (A) is wholly unsecured and has no value as a secured inasmuch as the value of the Property is less that the claim amount of the second mortgage.

   (B) is subject to "stripping off" in accordance with *In re: Tanner*, 217 F. 3d 1357 (11th Cir. 2000) finding that a wholly unsecured claim on a homestead is not afforded the anti-modification provision of 11 U.S.C. §1322(b)(2).

WHEREFORE, Debtors request this Court enter an Order stripping the second mortgage lien of GMAC and to determine that the claim shall be treated as unsecured and for such other relief as the Court may deem just and proper.

Dated: September 26, 2011
Boca Raton, FL

SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
BY:  *s/ Aaron A. Wernick, Esq.*
Aaron A. Wernickl, Esq.
Florida Bar No. 149059
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Telephone:  (561) 477-7800
Facsimile:  (561) 477-7722
E-mail: awernick@sbwlawfirm.com

2