

**ORDERED in the Southern District of Florida on October 27, 2011.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
West Palm Beach Division
www.flsb.uscourts.gov

In re:

ELYSE ANNE ISADORE,             CASE NO. 11-33992-PGH
                                                    Chapter 11

           Debtor.     /

### ORDER GRANTING MOTION TO STRIP MORTGAGE LIENS AND FOR DETERMINATION THAT CLAIMS ARE UNSECURED [DE #157]

THIS MATTER came before the Court on October 25, 2011 at 9:30 a.m. upon Debtor's Motion to Strip Second Mortgage Lien and for Determination that Claim is Unsecured Re: 4289 S. Mary Circle, Palm Beach Gardens, Florida 33410 [DE #29] and the Court being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

1.     The Motion is GRANTED.

2. The Court finds the value of the property to be $115,000.00 and that a valid first mortgage in the amount of $128,000.00 held by Long Beach Mortgage Comany is secured by the property located at 4289 S. Mary Circle, Palm Beach Gardens, FL 33410 and more fully described as:

Lot 18, of NICHOLAS PARK, unrecorded subdivision, also described as:

The South 107 Feet of the North 224 Feet of the West 66 Feet
of the East 235 Feet of the South one quarter of the Northwest
one quarter of the Northeast one quarter of Section 24, Township
42 South, Range 42 East, Palm Beach County, Florida, Less and
expecting therefrom the South 10 feet, as conveyed to Palm Beach
County, State of Florida, as recorded in Official Records Book 3731,
Page 78 and in Official Records Book 3744, Page 1090.
Parcel ID #52-42-42-24-03-000-0180.

Long Beach Mortgage Company assigned its interest to Washington Mutual.

3. The second mortgage is held by Long Beach Mortgage Company dated March 15, 2005 in the amount of $32,000.00. The mortgage was recorded in Official Records Book 18283, Page 0607 of the Public Records of Palm Beach County, Florida. Long Beach Mortgage Company transferred their interest to GMAC.

4. The second mortgage held by GMAC is wholly unsecured and GMAC has an allowed unsecured claim in the amount of $32,000.00.

5. The Court retains jurisdiction over this matter to enter such further relief as necessary to enforce this Order.

###

**Submitted by**:
Aaron A. Wernick, Esq.
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434
(561) 477-7800
(561) 477-7722 (facsimile)

*Aaron A. Wernick, Esq. is directed to furnish a conformed copy of this order to all appropriate parties immediately upon receipt of same and file a certificate of service with the court.*