UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                              Case No. 11-33992-MAM
                                                    Chapter 11
ELYSE ANNE ISADORE,

                Debtor.

_____/

## DEBTOR'S *EX PARTE* MOTION TO REOPEN BANKRUPTCY CASE TO FILE MOTION TO COMPEL COMPLIANCE WITH PLAN AND FOR SANCTIONS

Reorganized Debtor ELYSE ISADORE (the "Reorganized Debtor" or the "Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. § 350, F.R.B.P. 5010, and Local Rule 5010-1, respectfully requests on an *ex parte* basis that this Court enter an order reopening this bankruptcy case for the purpose of filing a Motion to Compel Compliance with Plan and for Sanctions with regard to a Confirmed Chapter 11 Plan, against Select Portfolio Servicing, Inc. ("SPS"), Ocwen Financial ("Ocwen"), and Nationstar Mortgage LLC, d/b/a Mr. Cooper ("Nationstar"), and in support thereof, states as follows:

## CASE BACKGROUND

1.      The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on August 29, 2011. [ECF No. 1].

2.      The Debtor's *Amended Plan of Reorganization* (the "Plan") [ECF No. 152] was filed on August 24, 2012 and confirmed by this Court on October 10, 2012 as per this Court's *Confirmation Order* (the "Confirmation Order") [ECF No. 178].

3.      The Debtor's bankruptcy case was closed on February 1, 2013. [ECF No. 207].

4.      Since the case was closed, the Debtor has made all payments to all her creditors in a timely manner, as prescribed by the Plan. The Debtor has also maintained the required insurance

on all properties[1]. However, the Debtor's creditors are violating the Plan and the Federal and Florida Fair Debt Collections Acts, as will be described below:

## SECURED CREDITORS

5.       SPS,[2] Ocwen,[3] and Nationstar[4] were secured creditors in the Debtor's bankruptcy case and, upon information and belief, are the mortgagees as to the properties which are the subject of this Motion.

### *SPS*

6.       SPS is the servicer for three mortgage loans for three of the Debtor's rental properties:

        a.   8697 Sol Terrace, Lake Park, FL 33403 (loan #0019253103)
        b.   3853 Van Cott Circle, West Palm Beach, FL 33403 (loan #0019517010)
        c.   4289 S. Mary Circle, Palm Beach, FL 33410 (loan #0014632186)

7.       The Debtor has made all payments to SPS as prescribed by the Plan.

8.       SPS is not recognizing the terms of the Plan and is therefore violating it.

9.       SPS has not complied with the Plan by continually failing to apply payments made by the Debtor, even though the Debtor repeatedly provides proof of payment, and is seeking to collect debts which have been restructured by the Plan. SPS continues to charge the Debtor late fees because of SPS's failure to correctly apply her payments to her accounts. Even after reaching out to SPS with said concerns, the Debtor is unable to determine if her payments are being credited correctly.

---

[1] However, see footnote 6.
[2] Select Portfolio Servicing, Inc. ("SPS"), now holds loans previously held during bankruptcy by Deutsche Bank National Trust and JP Morgan Chase Bank, NA.
[3] Deutsche Bank National Trust Company c/o Ocwen Loan Servicing, LLC, now holds the loan previously held during the bankruptcy by OneWest Bank, FSB.
[4] Nationstar Mortgage does business as "Mr. Cooper".

10.     SPS has also been purchasing forced-placed lender insurance on the Debtor's properties even though the Debtor continually provides copies of all her insurance policies to SPS and said insurance policies are more than sufficient to cover the insurance requirements for the properties.[5]

### Ocwen

11.     Ocwen is the servicer for one mortgage loan for one of the Debtor's rental properties: 3976 W. Roan Court, Lake Park, FL 33403 (loan #7190486030)

12.     The Debtor has made all payments to Ocwen as prescribed by the Plan.

13.     Ocwen is not recognizing the terms of the Plan.

14.     Ocwen has not complied with the Plan by failing to send monthly statements to the Debtor even though her Plan was confirmed over 6 years ago. The Debtor has no basis by which to determine whether her payments are being correctly applied, if at all, to her account. If said payments are not being credited, then Ocwen would be in violation of 11 U.S.C. §§ 1141(a) and524(i).

15.     Further, Ocwen continues to purchase forced-placed lender insurance even though the Debtor continually and repeatedly provides copies of her insurance policies to Ocwen. The Debtor's insurance policies are more than sufficient to cover the insurance requirements mandated by the mortgage.

### Nationstar Mortgage d/b/a Mr. Cooper

16.     Nationstar Mortgage d/b/a Mr. Cooper is the creditor for one mortgage loan for one of the Debtor's rental properties: 3835 Van Cott Circle, West Palm Beach, FL 33403 (loan

---

[5] The Plan states that the Debtor will be responsible for all insurance and taxes with regard to her properties, and the Debtor has remained current on both obligations.

#0596621917-011D)

17.    The Debtor has made all payments to Nationstar as prescribed by the Plan.

18.    Nationstar is not recognizing the terms of the Plan.

19.    Nationstar has not complied with the Plan by continually failing to apply payments made by the Debtor, even though the Debtor repeatedly provides proof of payment. Also, Nationstar lists an incorrect "regular monthly payment" on its statements to the Debtor resulting in the Debtor being unable to determine if her payments made pursuant to the Plan are being credited correctly.

20.    In addition, Nationstar has been purchasing forced placed lender insurance even though the Debtor continually and repeatedly provides copies of her insurance policies to Nationstar. Said insurance policies are more than sufficient to cover the insurance requirements for the property. [See footnote 6.]

## THE PLAN

21.    The Plan provides for the treatment of the SPS claims as follows:

a.    Class 1 - Secured amount of $63,500.00 for property located at 8697 Sol Terrace, Lake Park, FL, to be paid over 30 years fully amortized at 5.25%, for a monthly payment of $350.65 (the "**Class 1 payment**"), with the Debtor responsible for the payments of property taxes and insurance.

b.    Class 4 - Secured amount of $68,000.00 for property located at 3853 Van Cott Circle, West Palm Beach, FL, to be paid over 30 years fully amortized at 5.25%, for a monthly payment of $375.50 (the "**Class 4 payment**"), with the Debtor responsible for the payments of property taxes and insurance.

    c. Class 6 - Secured amount of $115,000.00 for property located at 4289 S. Mary Circle, Palm Beach Gardens, FL, to be paid over 30 years fully amortized at 5.25%, for a monthly payment of $635.03 (the "**Class 6 payment**"), with the Debtor responsible for the payments of property taxes and insurance.

22.    The Plan provides for the treatment of the Ocwen claims as follows:

    a. Class 7 - Secured amount of $85,000.00 for property located at 3976 Roan Court W, Lake Park, FL, to be paid over 30 years fully amortized at 5.25%, for a monthly payment of $469.37 (the "**Class 7 payment**"), with the Debtor responsible for the payments of property taxes and insurance.

23.    The Plan provides for the treatment of the Nationstar claims as follows:

    a. Class 5 - Secured amount of $66,000.00 for property located at 3835 Van Cott Circle, West Palm Beach, FL, to be paid over 30 years fully amortized at 5.25%, for a monthly payment of $364.45 (the "**Class 5 payment**"), with the Debtor responsible for the payments of property taxes and insurance.

**POST-CONFIRMATION COMPLIANCE BY THE DEBTOR**

24.    As to the SPS monthly payments, the Debtor has paid all monthly payments, as set forth in the Plan, for 4289 S. Mary Circle, Palm Beach Gardens, FL, on the following recent dates: 12/01/2016; 01/02/2017; 02/01/2017; 03/01/2017; 03/31/2017; 05/01/2017; 06/01/2017; 07/02/2017; 08/01/2017; 08/31/2017; 09/30/2017; 11/02/2017; 12/02/2017; 12/29/2017; 02/01/2018; 03/02/2018; 04/02/2018; and 06/01/208. See copies of payments, attached as Exhibit "A".

25.    As to the SPS' allegations with regard to lack of adequate insurance, the Debtor has retained adequate and comprehensive insurance on 8697 Sol Terrace, Lake Park, FL and 3853 Van

Cott Circle, West Palm Beach, FL. In fact, the Debtor recently renewed her policy on the 8697 Sol

Terrace property with a quarterly payment made on 02/27/2018 to become effective 03/06/2018,

and on the 3853 Van Cott property with a semi-annual payment made on 12/12/2017 to become

effective on 01/25/2018. See default letter from SPS regarding missing insurance, as well as copies

of policies, attached as Exhibits "B" and "C" respectively.

26.     As to the Ocwen lack of adequate insurance allegations, the Debtor has retained

adequate and comprehensive insurance on 3976 Roan Court W, Lake Park, FL. In fact, the Debtor

recently renewed her policy on said property with a quarterly payment made on 02/06/2018 to

become effective on 03/13/2018. See copy the Debtor's policy, attached as Exhibit "D".

27.     With regard to the Nationstar mortgage loans, the Debtor has continually submitted

timely payments.

28.     As to the Nationstar's allegations as to lack of adequate insurance, the Debtor has

retained adequate and comprehensive insurance[6] on 3835 Van Cott Circle, West Palm Beach, FL.

## <u>VIOLATIONS COMMITTED BY SPS</u>

29.     The Debtor is sending in the correct payments pursuant to the Plan.

30.     SPS is not crediting the Debtor for her payments.

31.     SPS continues to accept the Debtor's payments although SPS does not register

those payments to the Debtor's account nor apply said payments to the Debtor's outstanding

balances.

32.     SPS's statements reflect attempts by SPS to collect on debts that were restructured

by the Plan. It is apparent that SPS has failed to update its internal system to reflect the terms of

---

[6] Though the Debtor has continuously paid her insurance in a timely manner, her Citizens policy was recently cancelled. A new policy was written in July of 2018.

the confirmed Plan even though 6 years has passed since confirmation.

33.    SPS has been charging late fees, and yet the Debtor has made all payments in a timely fashion as required by the Plan.

34.    SPS's actions and non-actions, with respect to its secured claims, have failed to abide by this Court's Confirmation Order. As section 11 U.S.C. § 1141(a) states, "the provisions of a confirmed plan bind [. . .] any creditor." Therefore, SPS was and is bound to the Plan which sets forth an amount the Debtor is to pay in which the creditor will acknowledge and credit to the Debtor's account. In the present case, the Debtor has made monthly payments on all SPS loans, but SPS has failed to correctly credit the Debtor's timely payments made pursuant to the Plan. Since said payments are not being credited, SPS is in violation of 11 § U.S.C. 524(i), which states, "The willful failure of a creditor to credit payments received under a plan confirmed under this title . . . shall constitute a violation."

35.    SPS has also failed to provide correct monthly mortgage statements to the Debtor for multiple loans, evidencing that SPS has failed to update its internal system to reflect the terms of the Plan. SPS' mortgage statements are repeatedly showing incorrect amounts due as well as thousands of dollars in arrears. For example, a statement asserted that the Debtor is "delinquent" on her mortgage payments with a past due payment of $26,682.76. See copy of May 15, 2018 Mortgage Statement, attached as Exhibit "E". Incorrect mortgage statements have been sent to the Debtor on other occasions as well: On May 15, 2018, SPS sent two incorrect statements citing that the Debtor is delinquent on two separate properties, and on June 14, 2018, SPS sent three mortgage statements asserting that the Debtor was delinquent on her payments. See copies of the May statement for 4289 S. Mary Circle and the July statements for all 3 properties, attached as Exhibit "E".

36.     SPS has also sent multiple notices of default – on June 5, 2018, and June 8, 2018, for example – for the property located at 3853 Van Cott Circle stating that the Debtor has "failed to make payments as required by the Note and Deed of Trust or Mortgage (Security Instrument)." See copy of June 5, 2018 SPS correspondence, attached as Exhibit "F". However, SPS is not only incorrectly stating that the Debtor is delinquent, but SPS is also not recognizing the Plan as the document controlling the payments required of the Debtor. Moreover, SPS continues to send letters incorrectly notifying the Debtor that she is in default and that she should consider SPS's "loss mitigation options."

37.     Moreover, SPS has failed to respond to inquiries as to the loans held by SPS, and the correspondence provided by SPS is incoherent and confusing. For example, on January 17, 2018, the Debtor received a letter attempting to address her inquiry regarding late fees as to her account associated with 4289 S. Mary Circle. See copy of January 17, 2018 SPS correspondence, attached as Exhibit "G". This letter is misleading and incorrect. In the second full paragraph, it states, "In your inquiry, you are disputing the late fee assessed to the account in December 2017. We received a payment on December 7, 2017, for $635.07. This payment was applied in the November 2017 payment due date." The letter continues in the next paragraph, "Based on the SPS Transaction History, it appears that you did not make a payment in December of 2016," but in the next paragraph, it states, "As of the date of this letter, the account is current and due for January 1, 2018." The above statements cannot all be true at once because in one breath SPS says the Debtor is current but in another SPS says she is late and past due on December 2016 and December 2017 payments. The Debtor has paid all of her monthly mortgage payments, yet SPS provides inaccurate statements.

38.     The Debtor reached out again to SPS to address the misapplication, or full lack of

application, of payments to her accounts. See copy of February 16, 2018 correspondence, attached as Exhibit "H". Contrary to the abovementioned letter from January 17, 2018, this February 16th letter states, "As of the date of this letter, the account is due for December 1, 2016 or 15 payments past due." However, the preceding paragraph in the letter states that SPS wrongfully applied a payment meant for the 4289 S. Mary Circle property mortgage and that "SPS is in the process of reversing [that] payment and applying it to the correct account."  As described in paragraph 24 herein, the Debtor has timely paid the correct mortgage payment on 4289 S. Mary Circle each and every month as prescribed by the Plan.

39.    SPS also continues to send offers for the Debtor to engage in a repayment plan separate from the confirmed bankruptcy Plan. SPS sent offers to the Debtor for a repayment plan on May 3, 2018, May 4, 2018, and June 4, 2018. The repayment plan offers were not for an alleged lack of payment on the Plan, but for the alleged lack of payment on the original note, even though the original note was superseded by the Plan. The Debtor is left confused as to whether the new proposed repayment plan is separate from her existing Plan. The letter offering the repayment plan makes no mention and provides no awareness of the fact that the Debtor is fulfilling a bankruptcy reorganization plan.

40.     In addition, SPS continues to apply force-placed insurance, even though the Debtor has repeatedly provided proof of adequate insurance.

41.     Also, SPS has recently (as of the filing of this Motion) placed default notices directly on the doors of the Debtor's properties (that is, physically trespassing on the Debtor's property as opposed to mailing said notices). Said properties are currently occupied by the Debtor's tenants, so now the Debtor's tenants are seeing said false default notices and questioning whether they should stay in the Debtor's rentals. Of course, this harms the Debtor's business, is an

embarrassment to the Debtor, and may lead to non-renewals of leases. See copy of notice, attached as Exhibit "I".

42.     The stated occurrences demonstrate a complete disregard for the Confirmation Order and Confirmed Plan and are violations of the Federal and Florida Fair Debt Collections Acts. Due to SPS's actions and inactions, the Debtor is incurring damages because of (a) the legal fees, time, and inconvenience of dealing with this matter; (b) the uncertainty the Debtor constantly faces wondering if her Creditor is properly crediting her submissions; (c) the continued damage to her credit score and credit history, and (d) the mental and emotional distress of being harassed by a creditor when she, the Debtor, is in full compliance.

## VIOLATIONS COMMITTED BY OCWEN

43.     The Debtor has made all monthly payments on all Ocwen loans pursuant to the Plan.

44.     Ocwen has failed to send monthly statements to the Debtor. The Debtor has no basis by which to determine if her payments are being credited to her account. If said payments are not being credited, then Ocwen would be in violation of 11 U.S.C. § 524(i).

45.     In addition, Ocwen continues to charge the Debtor for forced-placed lender insurance, as evidenced by the correspondence sent to the Debtor by Ocwen, even though the Debtor continually and repeatedly provides copies of all of her insurance policies to Ocwen and said insurance policies are more than sufficient to cover the insurance requirements for the property. Notwithstanding the Debtor's compliance, Ocwen continues to send notices alleging the Debtor is without insurance.

46.     Due to Ocwen's actions and inactions, the Debtor is incurring damages because of (a) the legal fees, time, and inconvenience of dealing with this matter, (b) the uncertainty the

Debtor constantly faces from wondering if her creditor is properly crediting her payments, and (c) the additional, prohibitive cost of force-placed insurance, all in violation of 11 U.S.C. §§ 1141(a) and 524(i) and the Federal and Florida Fair Debt Collections Acts.

## VIOLATIONS COMMITTED BY NATIONSTAR

47.    The Debtor is submitting the correct payments to Nationstar in a timely manner and pursuant to the Plan.

48.    Nationstar is not crediting the Debtor for her payments.

49.    Nationstar continues to accept the Debtor's payments although Nationstar does not register those payments to the Debtor's account.

50.    Although the Debtor has made monthly payments on all Nationstar loans, Nationstar has been sending the Debtor incorrect monthly statements, attempting to collect on a debt that was restructured by the Plan and failing to credit the mortgage loan with the Debtor's payments. On April 18, 2018, May 21, 2018, and June 19, 2018, Nationstar has sent incorrect monthly statements for three different properties. The statements are incorrect because they have not credited any of the Debtor's recent payments. In fact, three different statements say that the Debtor has not provided payments since November 2017, and yet the Debtor has remained current on all Plan payments. Since said payments are not being credited, Nationstar is in violation of 11 U.S.C. §§ 1141(a) and 524(i).

51.    A June 19, 2018 letter from Nationstar claims that the Debtor is in arrears by $19,044.97 ("Past Unpaid amount") and prompts the Debtor to make a payment for $20,772.30. That same statement lists the Debtor's "Regular Monthly Payment" as $1,727.33, but, pursuant to the Plan, Nationstar's statements are incorrect. See copy of Nationstar statement, attached as Exhibit "J". The Plan lays out the payment for 3835 Van Cott Circle as being $364.45 and not

$1,727.33. [ECF #152, § 3.9]. Thus, Nationstar is disregarding the Plan and is attempting to collect on a debt that was restructured by the Plan.

52.    Nationstar's statements reflect attempts by Nationstar to collect on debts that were restructured by the Plan. It is apparent that Nationstar has failed to update its internal system to reflect the terms of the confirmed Plan even though 6 years has passed since confirmation.

53.    Since said payments are not being credited, Nationstar is in violation of 11 U.S.C. §§ 524(i) and 1141(a) and the Federal and Florida Fair Debt Collections Acts.

54.    Furthermore, although the Debtor retains insurance on all her properties as agreed upon in the Plan, Nationstar has been continually purchasing forced place lender insurance. The Debtor has provided numerous copies of her insurance policies via fax and mail. Notwithstanding the Debtor's compliance, Nationstar continues to send notices alleging lack of insurance, including on September 29, 2017; October 24, 2017; and June 6, 2018.

55.    These actions and inactions by Nationstar demonstrate a complete disregard for the Confirmation Order and Confirmed Plan and are violations of the Federal and Florida Fair Debt Collections Acts. Due to Nationstar's actions and inactions, the Debtor is incurring damages because of (a) the legal fees, time, and inconvenience of dealing with this matter; (b) the uncertainty the Debtor constantly faces wondering if her creditor is properly crediting her payments and whether her creditor is recognizing the confirmed Plan terms; (c) continuing damage to the Debtor's credit score and credit history report; and (d) the mental and emotional distress of being harassed by a creditor.

## LEGAL BASIS FOR RELIEF SOUGHT

56.    Code Section 350(b) provides:

> A case may be reopened in the court in which such case was
> closed to administer assets, to accord relief to the debtor, or for

other cause.

57.    F.R.B.P. 5010 provides:

A case may be reopened on motion of the debtor or other party in
interest pursuant to §350(b) of the Code.

58.    The Debtor submits that "cause" exists to reopen this case, for the reasons stated above.

59.    If and when this Court reopens this case, the Debtor will be filing a Motion to Compel Compliance with a Confirmed Chapter 11 Plan and for Sanctions for Violation of the Plan Terms and the Federal and Florida Fair Debt Collections Acts.

60.    The Debtor will be seeking, at a minimum, (a) for her accounts to be properly credited with the payments she has submitted (b) credits for all force-placed insurance policies, (c) reversal of all late fees and other charges, fees, and costs, and (d) compensation for the time, costs, and resources (as well as damage to her credit rating and history) incurred for the continued violations by the above-mentioned creditors.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order reopening this bankruptcy case for the purpose of filing a Motion to Compel Compliance with a Confirmed Chapter 11 Plan and for Sanctions for Violations of the Plan Terms and the Federal and Florida Fair Debt Collections Acts, against Select Portfolio Servicing, Inc., Ocwen, and Nationstar Mortgage d/b/a Mr. Cooper, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all parties listed below, in the manner stated, on July 31, 2018.

Furr Cohen, P.A.
*Attorneys for the Debtor*
2255 Glades Road, Suite 301E

13

Boca Raton, FL 33431
561-395-0500 561-338-7532 fax

By: /s/ *Aaron A. Wernick*
    Aaron A. Wernick, Esq.
    Florida Bar No. 14059
    awernick@furrcohen.com

<u>SERVED VIA US MAIL:</u>

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

Ronald M. Faris, Manager
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Jay Bray, President CEO & Director
Nationstar Mortgage
8950 Cypress Waters Blvd.
Coppell, TX  75019

Nationstar Mortgage
PO Box 650783
Dallas, TX  75265-0783

Nationstar Mortgage
350 Highland Drive
Lewisville, TX  75067

Jeffrey Fraser, Esq. -
Albertelli Law
Attorneys for Nationstar
PO Box 23028
Tampa, FL  33623

BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Quantum3 Group LLC as agent for
Midland Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Real Times Resolutions, Inc.
1750 Regal Row #120
PO Box 36655
Dallas, TX 75235

Select Portfolio Servicing, Inc
3815 South West Temple
Salt Lake City, UT 84115

<u>SERVED VIA MANUAL EMAIL:</u>

Albertelli Law
Servealaw@albertellilaw.com

Daniel S. Hurtes, Esq.
Blank Rome, LLP
500 East Broward Blvd., Suite 2100
Fort Lauderdale, FL 33392
Email: DHurtes@BlankRome.com; deng@BlankRome.com

Steve Powrozek, Esq.
spowrozek@LOGS.com
Brooke Kottke
bkottke@LOGS.com

Gavin Stewart, Esq.
gavin@stewartlegalgroup.com

<u>SERVED VIA ECF NOTICE:</u>

- Antonio Alonso     alonsoa@aapalaw.com, alonsoa@gmail.com
- Stacy Hope Bressler     sobkmail@wolfelawfl.com, sbressler@wolfelawfl.com
- Ana-Laura Diaz     aldiaz13@gmail.com
- Heidi A Feinman     Heidi.A.Feinman@usdoj.gov
- Jeffrey S Fraser     bkfl@albertellilaw.com, anhsalaw@infoex.com
- Michelle R Ghidotti-Gonzalez     ECFNotifications@ghidottilaw.com

- Eitan G Gontovnik    egg@mccallaraymer.com, flbkecf@mccallaraymer.com
- David E. Hicks    tbyington@kelleykronenberg.com
- Nicole M Mariani    bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robert M Peery    mpeery@closingsource.net, rmarkpeeryesq@gmail.com
- Steven G. Powrozek    spowrozek@logs.com, electronicbankruptcynotices@logs.com
- Dean R. Prober    cmartin@pralc.com, ecf3@ecf.courtdrive.com
- SN Servicing Corporation    bknotices@snsc.com
- Lindsey Savastano    Lsavastano@logs.com, electronicbankruptcynotices@logs.com
- Scott R. Weiss    spock183@comcast.net, spock183@comcast.net
- Mariam Zaki    mzaki@erwlaw.com

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 11-33992-MAM
                                                          Chapter 11
ELYSE ANNE ISADORE,

        Debtor.
_____/

## ORDER GRANTING DEBTOR'S EX PARTE MOTION TO REOPEN BANKRUPTCY CASE TO FILE MOTION TO COMPEL COMPLIANCE WITH PLAN AND FOR SANCTIONS

THIS MATTER having come before the Court without a hearing on the Debtor's *Motion to Reopen Bankruptcy Case to File a Motion to Compel Compliance with Plan and for Sanctions* [ECF 492] (the "Motion") and the Court having heard argument of counsel, considered the Motion, having determined that good cause has been shown, and being otherwise fully advised in the premises, hereby

ORDERS and ADJUDGES as follows:

1.    The Motion is GRANTED.

2.    This case is hereby REOPENED.

###

Submitted by:
Aaron A. Wernick, Esq.
Furr & Cohen, P.A.
*Attorneys for the Reorganized Debtor*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
(561) 395-0500 (561) 338-7532- fax
e-mail: awernick@furrcohen.com

*Aaron A. Wernick, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service.*

Exhibit "A"





THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

**WESTERN UNION WU**
moving money for better

**WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado**
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

17-529825699

A 351917 D 020117
T 1104 04
175298256998 L 000000

**$635.03**

SIX HUNDRED THIRTY-FIVE DOLLARS
AND THREE CENTS

PAY EXACTLY

PAY TO THE
ORDER OF    Select Portfolio        1607 29995

4289 — PURCHASER'S ADDRESS  ir Elyse Isadore

PURCHASER'S SIGNATURE
PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE

⑆102100400⑆ 401752982569 98⑈



**MONEY ORDER RECEIPT - NON NEGOTIABLE**



AET 351917 LOC 000000 DT 020117 $635.03 6HUNDRED35DOLLARS AND
3CENTS

Payable for
RETAIN THIS **MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT**
**INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money
Order below providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with the original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

\* 17529825699 \*



3-31-2017







Order includes: 1. Heat sensitive, red stop sign. AND 2. Contains a True Watermark hold up to light to view.

MoneyGram.

To Validate: Touch the stop sign,
then watch it fade and reappear

06/01/2017

20720841013
MONEY ORDER - WM

**163507**

Select Portfolio

IMPORTANT - SEE BACK BEFORE CASHING

use Isadore

SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

PAY EXACTLY

SIX HUNDRED ****
THIRTY-FIVE ****
DOLLARS 07 CENTS

667109995

Payable Through
BOKF, NA
Enid, OK

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

60528575805758
3181000152209013

81-S-Mary cir

⑈864⑈: 2072 084l0l34⑈' 90

MoneyGram.

20720841013
209 FN

RECIBO

RECEIPT

605285758805758

06/01/2017
$635.07

2072 08410134

DETACH HERE

EMPLOYEE
698 (12012) 60050000
M 77396-X

KEEP A COPY OF THIS STUB
FOR YOUR RECORDS/
MANTENGA UNA COPIA DE
ESTE RECIBO PARA SUS ARCHIVOS





Valid Money Order includes: 1. Heat sensitive, red stop sign AND 2. Contains a True Watermark held up to light to view.

MoneyGram.

INTERNATIONAL MONEY ORDER          86-186
                                   1031

To Validate: Touch the stop sign,
then watch it fade and reappear.

MONEY ORDER - MN
20746335411

**PAY EXACTLY**    **★★★★E635★0095**

★★★SIX HUNDRED★★★
★★★THIRTY-FIVE★★★
DOLLARS★  05 CENTS

IMPORTANT • SEE BACK BEFORE CASHING

PAY TO THE
ORDER OF/
PAGAR A LA
ORDEN DE:        Seleda Portello

Eluise Izodore

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASE, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS/
DIRECCIÓN:       661109995

Payable Through/
BOKF, NA
Enid, OK
MONEYGRAM PAYMENT SYSTEMS, INC.

4384-S-Morther

8-1-30 17

⑂:⑈⑇⑊⑉⑊⑋⑊⑇⑈:  ⑇⑊⑈⑉:⑈⑇⑊⑇⑊⑈⑇ⁿ  ⑈⑉

includes: 1. Heat sensitive, red stop sign AND 2. Contains a True Watermark hold up to light to view.

**eyGram.**

**INTERNATIONAL MONEY ORDER** 86-186 1081

08/31/2017

20746336198
MONEY ORDER - MN

**To Validate:** Touch the stop sign, then watch it fade and reappear

PAY EXACTLY

SIX HUNDRED ****
THIRTY-FIVE ****
DOLLARS *07 CENTS

RTANT - SEE BACK BEFORE CASHING

se Isadore MP

IER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

06 74 10 99 95

60528-84706367
16503002431 26198

ole Through
OK , NA
OK

**ISSUER/DRAWER:**
MONEYGRAM PAYMENT SYSTEMS, INC.

T-S-Mary-Clr

64: 20 74  63361985 "  90

**MoneyGram.**

▼DETACH HERE ▼

R 20746336 1985
RECEIPT RECIBO

EMPLOYEE
698 (12/12) 50005000
M 77686-X

KEEP A COPY OF THIS STUB
FOR YOUR RECORDS/
MANTENGA UNA COPIA DE
ESTE RECIBO PARA SUS ARCHIVOS

8-31-2017



9-30-2017

WESTERN UNION **WU**
moving money for better

WESTERN UNION FINANCIAL SERVICES INC - ISSUER - Englewood, Colorado

**MONEY ORDER**

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

17-257371787

A 351917 D 110217
T 1419 04
172573717877 L 000000

**$635.07**

SIX HUNDRED THIRTY-FIVE DOLLARS
AND SEVEN CENTS

PAY EXACTLY

PAY TO THE
ORDER OF    Select Portfolio

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

6667 10                Elyse Isadore

4289 S Mary Circle

PURCHASER'S SIGNATURE
PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE

⑃102100400⑃ 40172573717877⑈



Valid Money Order includes: 1. Heat sensitive, red stop sign AND 2. Contains a True Watermark hold up to light to view.

**MoneyGram.**

INTERNATIONAL MONEY ORDER

86-186
1031

2

R 2072 12706085 5

MONEY ORDER NUMBER

CALL 1-800-542-3590 TO VERIFY

To Validate: Touch the stop sign, then watch it fade and reappear

12/01/2016

20721270608
MONEY ORDER - WM

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE: Select Portfolio

IMPORTANT - SEE BACK BEFORE CASHING

PAY EXACTLY ***635.03

SIX HUNDRED ****
THIRTY-FIVE ****
DOLLARS 03 CENTS

Elyse Isadore

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCIÓN: 6671090795

4289-S-Mary-Lir

Payable Through
BOKF, NA
Enid, OK

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

60528696706967
1650300336073608

⑈1031018B4⑈2072 12706085⑈ 90

R 2072 12706085

MoneyGram.

2072 1270608
073
NN

60528696706967

RECIBO

RECEIPT

12/01/2016
$635.03

00

DATE/AMOUNT

698 (12/12) SOO/9OOO
M 77398-X

EMPLOYEE

KEEP A COPY OF THIS STUB
FOR YOUR RECORDS/
MANTENGA UNA COPIA DE
ESTE RECIBO PARA SUS ARCHIVOS

◄ DETACH HERE ►



-501-ter

⑆2074 633584781⑈ 90

...udes: 1. Heat sensitive, red stop sign AND 2. Contains a True Watermark hold up to light to view.

INTERNATIONAL MONEY ORDER    86-188/1031

yGram.

To Validate: Touch the stop sign,
then watch it fade and reappear

12/29/2017

20783998729
MONEY ORDER - WM

PAY EXACTLY  **H635.07**

SIX HUNDRED ****
THIRTY-FIVE ****
DOLLARS 07 CENTS

ect Por Soli

NT - SEE BACK BEFORE CASHING

e Isadore MP

FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
RE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

67109995

hrough

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

60528575805758
3181000363077729

S-Mary-Cir

⑆2078 39987290⑈ 90

**MoneyGram.**

EMPLOYEE
2(212) 800/5000
M 7866-X

KEEP A COPY OF THIS STUB
FOR YOUR RECORDS/
MANTENGA UNA COPIA DE
ESTE RECIBO PARA SUS ARCHIVOS

1

R 20783998729

RECEIPT

RECIBO

60528575805758

077 NN  20783998729

12/29/2017  DATE/AMOUNT

$635.07

00

EMPLOYEE
698 (1212) 800/5000
M 7866-Y

KEEP A COPY OF THIS STUB
FOR YOUR RECORDS/
MANTENGA UNA COPIA DE
ESTE RECIBO PARA SUS ARCHIVOS





ESTE RECIBO PARA SUS ARCHIVOS

2-1-2018



3-2-2018







SELECT
*Portfolio*
SERVICING, *inc.*

**Exhibit "B"**

February 23, 2018

8697 Sol Ter

Elyse A Isadore
Ste 16-132
9835 Lake Worth Rd
Lake Worth, FL 33467

RE: Account Number 0019253103
    Property Address: 8697 Sol Ter
                      West Palm Beach FL 33403

Dear Mortgagors(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the
above referenced account, would like to call to your attention that as of
the date of this letter, we have not received the renewal policy and
invoice for your hazard insurance, which expires on 3/6/2018. In the
mortgage documents you signed, you agreed to keep insurance on your
property at all times.

We urge you to contact your insurance agent to advise that the policy
should be billed to Select Portfolio Servicing, Inc. The hazard
insurance policy and renewal invoice may be faxed to 1-866-801-8177 and
should include a Standard Mortgagee Clause as follows:

        SELECT PORTFOLIO SERVICING, INC.
        ITS SUCCESSORS AND OR ASSIGNS
        PO BOX 7277
        SPRINGFIELD, OH  45501-7277

You may also provide us with your updated insurance information at
mycoverageinfo.com using a PIN number of SPS277.

If you have any questions, please contact us toll free at (800) 641-2754,
Monday through Friday between 9:00 a.m. and 8:00 p.m. Eastern Time,
except for major holidays.

Sincerely,

Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos.
Por favor, hágala traducir. Nuestros representantes bilingües están a
 su disposición para contestar cualquier pregunta llamando al teléfono
                1-800-831-0118 y marque la opción 2.

        This information is intended for informational purposes only
               and is not considered an attempt to collect a debt.

›HZ087  003/B1K

**P.O. Box 7277 | Springfield, Ohio  45501-7277 | 800-641-2754**

3



MoneyGram.

Valid Money Order includes: 1. Heat sensitive, red stop sign AND 2. Contains a True Watermark-hold up to light to view.

INTERNATIONAL MONEY ORDER    88-186 1031

To Validate: Touch the stop sign, then watch it fade and reappear

02/27/2018

20784001086
MONEY ORDER - WM

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE: Citizens INS

IMPORTANT - SEE BACK BEFORE CASHING

Elise Tsadore

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCIÓN: 141673

869-501-Tes

Payable Through
BOKF, NA
Enid, OK

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

PAY EXACTLY

****424.00

FOUR HUNDRED ***
TWENTY-FOUR ****
DOLLARS 00 CENTS

60528575805758
319100058079086

⑈103101864⑈ 2078 4001086 2⑈ 90

MoneyGram.

RECIBO

20784001086
079 MN

60528575805758

02/27/20:8

424.00

EMPLOYEE

698 (12/12) 50D5000
M 78985-Y

KEEP A COPY OF THIS STUB
FOR YOUR RECORDS/
MANTENGA UNA COPIA DE
ESTE RECIBO PARA SUS ARCHIVOS

INVR2 11 16

GREAT STATE INSURANCE
6412 N UNIVERSITY DRIVE 104
TAMARAC FL 33321



## CITIZENS
PROPERTY INSURANCE CORPORATION

### Renewal Premium Invoice

Invoice date:    January 14, 2018

BILLED TO:

**Invoice Summary**

| Amount Due | $1,025.00 |
|---|---|
| Payment Due | March 6, 2018 |
| Current Payment Plan | Full Pay |

ELYSE ISADORE
9835 LAKE WORTH RD STE 16
LAKE WORTH, FL 33467-2370

See reverse side for payment methods

**Policy Information**

| | |
|---|---|
| Insured: | ELYSE ISADORE |
| Property address: | 8697 SOL TER |
| | WEST PALM BEACH, FL 33403-1666 |

| | | | |
|---|---|---|---|
| Policy number: | **00141673** | **Term:** | **4** |
| Policy period: | 03/06/18 to 03/06/19 | | |
| Renewal premium: | $1,025.00 | | |

### Payment Plans At-a-Glance

| | Initial Payment | Installment | Installment | Installment |
|---|---|---|---|---|
| Quarterly* | $424 | $208 | $208 | $207 |
| Semiannual* | $629 | | $412 | |
| Payment Due | 03/06/18 | 06/06/18 | 09/06/18 | 12/06/18 |

*Payment plans include an initial $13 installment fee.
Each subsequent installment invoice will include an
additional $3 installment fee.

These payment plan amounts will differ if changes are
made to your policy that increase or decrease premium.

**Contact your agent with questions
or to change your payment plan**
GREAT STATE INSURANCE
561-504-0705
(address at top of page)



**CITIZENS PROPERTY INSURANCE CORPORATION**
**301 W BAY ST**
**JACKSONVILLE FL 32202**

## Dwelling Fire DP-3 Special Form Policy - Declarations

| **POLICY NUMBER:** 00141673 - 4 | **POLICY PERIOD:** | **FROM** 03/06/2018 | **TO** 03/06/2019 |
|---|---|---|---|

at 12:01 a.m. Eastern Time at the Location of the Residence Premises

**Transaction:** RENEWAL

| **Named Insured and Mailing Address:** | **Location Of Residence Premises:** | **Agent:**    Fl. Agent Lic. #: E092013 |
|---|---|---|
| **First Named Insured:**<br>ELYSE ISADORE<br>9835 LAKE WORTH RD STE 16<br>LAKE WORTH, FL 33467-2370<br>Phone Number: 561-625-1575 | 8697 SOL TER<br>WEST PALM BEACH FL 33403-1666<br>**County:**PALM BEACH | GREAT STATE INSURANCE<br>CARLOS PIEDRAHITA<br>6412 N UNIVERSITY DRIVE 104<br>TAMARAC, FL 33321<br>Phone Number: 561-504-0705<br>Citizens Agency ID#: 31591 |

**Additional Named Insured:** Please refer to "ADDITIONAL NAMED INSURED(S)" section for details

Coverage is only provided where a premium and a limit of liability is shown

**All Other Perils Deductible: $2,500**

### Hurricane Deductible: $6,180 (5%)

| | LIMIT OF LIABILITY | ANNUAL PREMIUM |
|---|---|---|
| **PROPERTY COVERAGES** | | $1,363 |
| A. Dwelling: | $123,600 | |
| B. Other Structures: | $0 | |
| C. Personal Property: | $0 | |
| D. Fair Rental Value*: | $12,360 | |
| E. Additional Living Expense*: | $12,360 | |

\* Coverage "D" and "E" combined, limited to 10% of Coverage "A" for the same loss (see policy).

| **LIABILITY COVERAGES** | | |
|---|---|---|
| L. Personal Liability: | $100,000 | $28 |
| M. Medical Payments: | $2,000 | INCLUDED |

**OTHER PROPERTY AND LIABILITY COVERAGES**

| | | |
|---|---|---|
| **SUBTOTAL:** | | $1,391 |
| **Florida Hurricane Catastrophe Fund Build-Up Premium:** | | $22 |
| **Premium Adjustment Due To Allowable Rate Change:** | | ($408) |

**MANDATORY ADDITIONAL CHARGES:**

| | |
|---|---|
| Emergency Management Preparedness and Assistance Trust Fund (EMPA) | $2 |
| Tax-Exempt Surcharge | $18 |

| **TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES:** | **$1,025** |
|---|---|

The portion of your premium for:

Hurricane Coverage is  $399      Non-Hurricane Coverage is $606

0005054100046200209



**Authorized By:** CARLOS PIEDRAHITA

**Processed Date:** 01/14/2018

| DEC DP3D 07 16 | First Named Insured | Page 1 of 3 |
|---|---|---|

**SPS** | SELECT
*Portfolio*
SERVICING, *inc.*

Exhibit "C"

P O BOX 7277, SPRINGFIELD, OH  45501-7277

Date: December 4, 2017

ELYSE ISADORE
9835 LAKE WORTH
RD # 16-132
LAKE WORTH, FL  33467-0000

Account Number: 0019517010

Subject: **Please update insurance information for**
3853 VANCOTT CIRCLE
WEST PALM BEACH, FL  33403

Dear Customer:

Because we did not have evidence that you had hazard insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.

The policy we bought is scheduled to expire. **Because hazard insurance is required on your property, we intend to maintain insurance on your property by renewing or replacing the insurance we bought.**

The insurance we buy:

- **Will cost an estimated $4,007.00 annually, which may be significantly more expensive than insurance you can buy yourself.**

- **May not provide as much coverage as an insurance policy you buy yourself**

If you buy hazard insurance, you should immediately provide us with your insurance information.

If you have already purchased coverage, please contact your agent or carrier and have them fax a copy of the declaration page to 1-866-801-8177, or it can be mailed to us at the address shown below. Please make sure your policy references your Select Portfolio Servicing, Inc. (SPS) account number and ensure that the Mortgagee Clause on your policy reads:

> SELECT PORTFOLIO SERVICING, INC.
> ITS SUCCESSORS AND/OR ASSIGNS
> P O BOX 7277
> SPRINGFIELD, OH  45501-7277

You may also visit www.mycoverageinfo.com using PIN SPS277 and provide us with your insurance information.

If you have any questions, please contact us toll free at 1-800-641-2754, Monday through Friday between 9:00 a.m. and 8:00 p.m. Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

Please review the additional important information provided in the following pages of this letter.

HZ100

0019517010
755H4PBK-0417





**ASSURANT°**

**American Security
Insurance Company**
260 Interstate N. Circle, SE
Atlanta, GA 30339-2111
www.assurant.com

November 16, 2017

ELYSE ISADORE
9835 LAKE WORTH
RD # 16-132
LAKE WORTH, FL  33467-0000

RE: Certificate number: MLR07558500305
    Loan number: 0019517010
    Property Location: 3853 VANCOTT CIRCLE
                       WEST PALM BEACH, FL  33403

NAMED INSURED MORTGAGEE
SELECT PORTFOLIO SERVICING, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 7277
SPRINGFIELD, OH  45501-7277

### LENDER PLACED INSURANCE RENEWAL NOTICE

Your insurance certificate is due to renew on 01/25/2018. If the Named Insured Mortgagee renews the lender placed insurance certificate on your property, it may be renewed with a change in premium. It may also have a change in deductible(s).

This insurance certificate was purchased on your behalf because you did not maintain insurance coverage on your property as required by the terms of your loan. If you purchase other insurance coverage on your property prior to the renewal date, please mail a copy of the policy to the above Named Insured Mortgagee.

If you have any questions, please contact your Mortgagee at 1-800-641-2754.





INVR2 11 16

GREAT STATE INSURANCE
6412 N UNIVERSITY DRIVE 104
TAMARAC FL 33321



**CITIZENS**
PROPERTY INSURANCE CORPORATION

## Renewal Premium Invoice

Invoice date:    December 5, 2017

BILLED TO:

**Invoice Summary**

| | |
|---|---|
| **Amount Due** | $559.00 |
| **Payment Due** | January 25, 2018 |
| **Current Payment Plan** | Quarterly |

ELYSE ISADORE
9835-16 LAKE WORTH RD #132
LAKE WORTH, FL 33467

**See reverse side for payment methods**

**Policy Information**
Insured:              ELYSE ISADORE
Property address:  3853 VANCOTT CIR
                      WEST PALM BEACH, FL 33403-1043

Policy number:    **01677639**      Term:  **3**
Policy period:     01/25/18 to 01/25/19
Renewal premium: $1,362.00

## Payment Plans At-a-Glance

| | Initial Payment | Installment | Installment | Installment |
|---|---|---|---|---|
| Quarterly* | $559 | $275 | $275 | $275 |
| Semiannual* | $831 | | $547 | |
| Payment Due | 01/25/18 | 04/25/18 | 07/25/18 | 10/25/18 |

**Contact your agent with questions
or to change your payment plan**
GREAT STATE INSURANCE
561-504-0705
(address at top of page)

*Payment plans include an initial $13 installment fee.
Each subsequent installment invoice will include an
additional $3 installment fee.

These payment plan amounts will differ if changes are
made to your policy that increase or decrease premium.

INVR2 11 16

GREAT STATE INSURANCE
6412 N UNIVERSITY DRIVE 104
TAMARAC FL 33321


**CITIZENS**
PROPERTY INSURANCE CORPORATION

Exhibit "D"

## Renewal Premium Invoice

Invoice date:    January 21, 2018

BILLED TO:

**Invoice Summary**

| Amount Due | $1,722.00 |
|---|---|
| Payment Due | March 13, 2018 |
| Current Payment Plan | Full Pay |

ELYSE ISADORE
9835-16 LAKE WORTH RD APT 132
LAKE WORTH, FL 33467

**See reverse side for payment methods**

### Policy Information
Insured:          ELYSE ISADORE
Property address:  3976 ROAN CT W
                  WEST PALM BEACH, FL 33403-1026

Policy number:    00175320      Term:  4
Policy period:    03/13/18 to 03/13/19
Renewal premium: $1,722.00

## Payment Plans At-a-Glance

|  | Initial Payment | Installment | Installment | Installment |
|---|---|---|---|---|
| Quarterly* | $703 | $347 | $347 | $347 |
| Semiannual* | $1,047 | | $691 | |
| Payment Due | 03/13/18 | 06/13/18 | 09/13/18 | 12/13/18 |

**Contact your agent with questions
or to change your payment plan**
GREAT STATE INSURANCE
561-504-0705
(address at top of page)

*Payment plans include an initial $13 installment fee.
Each subsequent installment invoice will include an
additional $3 installment fee.

These payment plan amounts will differ if changes are
made to your policy that increase or decrease premium.



```
⑆⦂⦂10310186⑆⦂2078  39963958⑈  90
```

# SPS | SELECT Portfolio SERVICING, Inc.

Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 05/15/2018
Page 1 of 3

*[handwritten: SPS 3853 VanCott]*
*[handwritten: 5/15/18 re: md.state but delinquent]*

Customer Service: (800) 258-8602
Monday - Thursday   8:00AM - 11:00PM ET
Friday   8:00AM - 9:00PM ET
Saturday   8:00AM - 2:00PM ET

*For other important information, see reverse side*

## Exhibit "E"

Elyse Isadore
9835 Lake Worth
Rd # 16-132
Lake Worth, FL 33467

8244

| Account Number | 0019517010 |
|---|---|
| Property Address | 3853 VANCOTT CIRCLE |
| | WEST PALM BEACH FL 33403 |
| | |
| Loan Due Date | 09/01/2015 [4] |
| Payment Due Date | 06/01/2018 |
| **Amount Due** | **$26,682.76** |

*If payment is received after 06/16/2018, $18.77 late fee will be charged.*

## Account Information

| | |
|---|---|
| Interest Bearing Principal | $64,224.48 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $64,224.48 |
| Interest Rate (Fixed) | 5.250% |
| Prepayment Penalty | No |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $109.16 |
| Interest | $ 266.34 |
| Escrow (Taxes and Insurance) | $487.93 |
| **Regular Monthly Payment** | **$863.43** |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $37.09 |
| Charges / Fees this Period | $-166.14 |
| Past Due Payment(s) | $25,782.24 |
| Unapplied Payment(s) | $0.00 |
| | |
| **Total Amount Due** | **$26,682.76** |

## Transaction Activity  (04/13/2018 to 05/15/2018)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 04/13 | BEG BALANCE | $64,412.29 | $9,607.06 | $12,727.84 | $181.14 | ($233.74) | $0.00 | $500.00 | $87,194.59 |
| 04/24 | HAZARD INS | 0.00 | 0.00 | 333.92 | 0.00 | 0.00 | 0.00 | 0.00 | 333.92 |
| 04/30 | FEE ADJUSTMENT | 0.00 | 0.00 | 0.00 | (181.14) | 0.00 | 0.00 | 0.00 | (181.14) |
| 05/01 | PROPERTY PRESV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (500.00) | (500.00) |
| 05/09 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| 05/09 | PAYMENT | (93.70) | (281.80) | (244.78) | 0.00 | (119.67) | 0.00 | 0.00 | (739.95) |
| 05/10 | SHORT PAYMENT | (94.11) | (281.39) | 0.00 | 0.00 | 353.41 | 0.00 | 0.00 | (22.09) |

Continued On Next Page

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $187.81 | $650.20 |
| Interest | $563.18 | $1,978.30 |
| Escrow (Taxes and Insurance) | $244.78 | $1,468.68 |
| Fees and Other Charges | $-22.09 | $-22.09 |
| Partial Payment (Unapplied) | $-233.74 | |
| **Total** | **$739.95** | **$4,075.09** |
| Total Unapplied Balance | $0.00 | |

## Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Due to the delinquent status of your loan a property inspection and/or valuation report was ordered and you are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

## **Delinquency Notice **

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of May 15, 2018, you are 987 days delinquent on your mortgage loan.**
* Payment due 05/2018: Unpaid payment of $863.43.
* Payment due 04/2018: Unpaid payment of $863.43.
* Payment due 03/2018: Unpaid payment of $1,102.95.
* Payment due 02/2018: Unpaid payment of $1,102.95.
* Payment due 01/2018: Unpaid payment of $1,102.95.
* Payment due 12/2017: Unpaid payment of $1,102.95.

**Total: $26,682.76 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or answer any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

### MONTHLY PAYMENT COUPON

## Amount Due

| Borrower Name(s) | Elyse Isadore |
|---|---|
| | 9835 Lake Worth |
| Account Number | 0019517010 |
| | |
| Due By 06/01/2018: | $26,682.76 |

**$18.77 late fee will be charged after 06/16/2018**

**Make checks payable to: Select Portfolio Servicing**

| | | |
|---|---|---|
| Monthly Payment | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Fees | $ | . |
| Other (Please Specify) | $ | . |
| | | |
| **Total Amount Enclosed** | **$** | |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back

2771  0019517010  0000086343  0000088220  9

# SPS | SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
**www.spservicing.com**

**Mortgage Statement**
Statement Date:07/12/2018
Page 1 of 2

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                      8:00AM - 9:00PM ET
Saturday                 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Elyse A Isadore
Ste 16-132
9835 Lake Worth Rd                    22078
Lake Worth, FL 33467

| Account Number | 0019253103 |
|---|---|
| Property Address | 8697  SOL TER |
| | WEST PALM BEACH FL 33403 |
| Account Due Date | 11/01/2017 |
| Payment Due Date | 08/01/2018 |
| **Payment Amount** | **$4,704.01** |

## Explanation of Payment Amount

| | | |
|---|---|---|
| Principal | | $98.44 |
| Interest | | $252.21 |
| Escrow (Taxes and Insurance) | | $127.17 |
| **Regular Monthly Payment** | | **$477.82** |
| Unpaid Late Charges | | $0.00 |
| Other Charges and Fees | | $0.00 |
| Charges / Fees this Period | $0.00 | |
| Past Unpaid Amount(s) | | $4,289.88 |
| Unapplied Payment(s) [3] | | $63.69 |
| **Total Payment Amount** | | **$4,704.01** |

## Account Information

| | |
|---|---|
| Interest Bearing Principal | $58,514.86 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $58,514.86 |
| Interest Rate (Fixed) | 5.250% |
| Prepayment Penalty | No |

## Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only.  It is not an attempt to collect a debt against you.

## Transaction Activity  (06/15/2018 to 07/12/2018)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 06/15 | BEG BALANCE | $58,609 10 | $2,545 37 | ($1,966 13) | $0 00 | ($180 36) | $0 00 | $59,007 98 |
| 07/03 | PAYMENT | (94 24) | (256 41) | (116 67) | 0 00 | 116 67 | 0 00 | (350 65) |
| 07/12 | ENDING BALANCE | $58,514 86 | $2,288 96 | ($2,082 80) | $0.00 | ($63 69) | $0 00 | $58,657 33 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $94.24 | $374.49 |
| Interest | $256.41 | $1,028.11 |
| Escrow (Taxes and Insurance) | $116.67 | $466.68 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $-116.67 | |
| **Total** | **$350.65** | **$1,869.28** |
| Total Unapplied Balance | $63.69 [3] | |

## **Account History **

**Recent Account History:**
• Payment due 07/2018:  Unpaid payment of $477.82.
• Payment due 06/2018:  Unpaid payment of $477.82.
• Payment due 05/2018:  Unpaid payment of $477.82.
• Payment due 04/2018:  Unpaid payment of $477.82.
• Payment due 03/2018:  Unpaid payment of $477.82.
• Payment due 02/2018:  Unpaid payment of $477.82.

**Total: $4,704.01** unpaid amount that, if paid, would bring your loan current.

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance.  Also, there are a number of options available to assist customers who are experiencing difficulty with their payments.  Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at 1-888-818-6032.

## Important Messages

[1] This amount is not  a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

**Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.**

Change of address or telephone? If so, check here

SX-0000C0398-000

**SPS** SELECT Portfolio SERVICING, inc. www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:07/12/2018
Page 1 of 3

SX.000CC336-000

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday            8:00AM - 9:00PM ET
Saturday          8:00AM - 2:00PM ET

*For other important information, see reverse side*

Elyse Isadore
9835 Lake Worth
Rd # 16-132
Lake Worth, FL 33467

23299

| Account Number | 0019517010 |
|---|---|
| Property Address | 3853  VANCOTT CIRCLE |
| | WEST PALM BEACH FL 33403 |
| Loan Due Date | 12/01/2015 [4] |
| Payment Due Date | 08/01/2018 |
| Amount Due | **$26,575.13** |

*If payment is received after 08/16/2018, $18.77 late fee will be charged.*

### Explanation of Amount Due

| | | |
|---|---|---|
| Principal | | $110.12 |
| Interest | | $ 265.38 |
| Escrow (Taxes and Insurance) | | $487.93 |
| **Regular Monthly Payment** | | **$863.43** |
| Unpaid Late Charges | | $0.00 |
| Other Charges and Fees | | $63.44 |
| Charges / Fees this Period | $0.00 | |
| Past Due Payment(s) | | $25,648.26 |
| Unapplied Payment(s) | | $0.00 |
| **Total Amount Due** | | **$26,575.13** |

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $63,939.68 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $63,939.68 |
| Interest Rate (Fixed) | 5.250% |
| Prepayment Penalty | No |

### Transaction Activity (06/15/2018 to 07/12/2018)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 06/15 | BEG BALANCE | $64,129 96 | $9,295 09 | $11,795 52 | $0.00 | ($119 67) | $0.00 | $52 09 | $85,152 99 |
| 07/03 | PAYMENT | (94 93) | (280 57) | (119 67) | 0.00 | 119 67 | 0.00 | 0.00 | (375 50) |
| 07/03 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (364 15) | 0.00 | 0.00 | (364 15) |
| 07/05 | SHORT PAYMENT | (95 35) | (280 15) | 0.00 | 0.00 | 364 15 | 0.00 | 0.00 | (11 35) |
| 07/05 | PMT SHORT TO $25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11 35 | 0.00 | 11 35 |
| 07/06 | PAYMENT SHORTAGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11 35 | 11 35 |
| 07/06 | PMT SHORT TO $25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11 35) | 0.00 | (11 35) |
| 07/12 | ENDING BALANCE | $63,939 68 | $8,734 37 | $11,675 85 | $0.00 | $0.00 | $0.00 | $63 44 | $84,413 34 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $190.28 | $935.00 |
| Interest | $560.72 | $2,820.00 |
| Escrow (Taxes and Insurance) | $119.67 | $1,833.13 |
| Fees and Other Charges | $-11.35 | $-33.44 |
| Partial Payment (Unapplied) | $-119.67 | |
| **Total** | **$739.65** | **$5,554.69** |
| Total Unapplied Balance | $0.00 | |

### Important Messages

[1] This amount is not  a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

### **Delinquency Notice **

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure  -- the loss of your home.

As of July 12, 2018, you are 954 days delinquent on your mortgage loan.
* Payment due 07/2018:  Unpaid payment of $863.43.
* Payment due 06/2018:  Unpaid payment of $863.43.
* Payment due 05/2018:  Unpaid payment of $863.43.
* Payment due 04/2018:  Unpaid payment of $863.43.
* Payment due 03/2018:  Unpaid payment of $1,102.95.
* Payment due 02/2018:  Unpaid payment of $1,102.95.

Total: $26,575.13 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See the back for information about mortgage counseling or assistance.  Also, there are a number of options available to assist customers who are experiencing difficulty with their payments.  Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

Make checks payable to: Select Portfolio Servicing

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
**www.spsservicing.com**

**Mortgage Statement**
Statement Date:07/12/2018
Page 1 of 3

| Customer Service : | (800) 258-8602 |
| Monday - Thursday | 8:00AM - 11:00PM ET |
| Friday | 8:00AM - 9:00PM ET |
| Saturday | 8:00AM - 2:00PM ET |

*For other important information, see reverse side*

Elyse Isadore
9835 Lake Worth Rd Ste 16
Lake Worth, FL 33467-2370

8316

| Account Number | 0014632186 |
|---|---|
| Property Address | 4289 S MARY CIRCLE |
| | PALM BEACH GARDENS FL 33410 |
| Loan Due Date | 08/01/2018 |
| Payment Due Date | 08/01/2018 |
| **Amount Due** | **$2,356.55** |

*If payment is received after 08/16/2018, $31.75 late fee will be charged.*

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $104,402.32 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $104,402.32 |
| Interest Rate (Fixed) | 5.250% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | | |
|---|---|---|
| Principal | | $178.27 |
| Interest | | $ 456.76 |
| Escrow (Taxes and Insurance) | | $0.00 |
| **Regular Monthly Payment** | | **$635.03** |
| Unpaid Late Charges | | $0.00 |
| Other Charges and Fees | | $1,722.18 |
| Charges / Fees this Period | $6.66 | |
| Past Due Payment(s) | | $0.00 |
| Unapplied Payment(s) [3] | | $0.66 |
| **Total Amount Due** | | **$2,356.55** |

### Transaction Activity  (06/15/2018 to 07/12/2018)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 06/15 | BEG BALANCE | $104,579.81 | $457.54 | $0.00 | $0.00 | ($0.62) | $169.92 | $1,545.64 | $106,752.25 |
| 07/03 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (635.07) | 0.00 | 0.00 | (635.07) |
| 07/03 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | 635.69 | 0.00 | 0.00 | 635.69 |
| 07/03 | PAYMENT | (177.49) | (457.54) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (635.03) |
| 07/03 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (0.66) | 0.00 | 0.00 | (0.66) |

Continued On Next Page

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $177.49 | $1,398.47 |
| Interest | $457.54 | $3,681.77 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $-0.12 |
| Partial Payment (Unapplied) | $0.04 | |
| **Total** | **$635.07** | **$5,080.12** |
| Total Unapplied Balance | $0.66 [3] | |

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

**MONTHLY PAYMENT COUPON**

| Amount Due | Make checks payable to: Select Portfolio Servicing |
|---|---|

 **SPS** | SELECT *Portfolio* SERVICING, *inc.*    Exhibit "F"

June 5, 2018

ELYSE ISADORE
9835 LAKE WORTH
RD # 16-132
LAKE WORTH, FL 33467-0000

## PLEASE READ THIS NOTICE CAREFULLY.  TAKE ACTION TO AVOID THE LOSS OF YOUR PROPERTY.

### NOTICE OF DEFAULT - RIGHT TO CURE

**Account Number:** 0019517010
**Property Address:** 3853 VANCOTT CIRCLE
WEST PALM BEACH, FL 33403

Dear Customer(s):

The mortgage loan on your property is in default as a result of your failure to make payments as required by the Note and Deed of Trust or Mortgage (Security Instrument). We have previously sent you letters and communications regarding this default in an attempt to resolve this matter. This letter provides information about the default and what rights you have to cure the default. Select Portfolio Servicing, Inc. (SPS) services your mortgage loan and has been instructed on behalf of the holder of the promissory note to pursue remedies under the Security Instrument unless you take action to cure the default before the Cure Date shown below. The Noteholder on your Loan is Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-2 (c/o Select Portfolio Servicing, Inc., PO Box 65250 Salt Lake City, UT 84165-0250).

This letter provides notice of the following:

**The Default**
You have failed to make payments under the Note and Security Instrument as shown below. This letter is a formal demand for payment.

**Action Required to Cure the Default**
To cure this default, you must pay the Amount Required to Cure together with payments which may subsequently become due, on or before the Cure Date listed below.

**Amount Required to Cure the Default**
As of the date of this letter, the total amount due and required to cure the default on your loan is $26,682.76 (Amount Required to Cure) as itemized below:





Exhibit "G"

January 17, 2018

Elyse Isadore
9835-16 Lk. Worth Rd.
Lk. Worth, FL 33467

**Account Number:**     0014632186
**Property Address:**    4289 S. Mary Circle
                        Palm Beach Gardens, FL 33410

Dear Ms. Isadore,

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, received your inquiry on January 8, 2018. In your inquiry, you raised a question regarding:

- Late Fees

We have completed a full review of your inquiry and your account, and our response is below.

**Late Fees**

In your inquiry, you are disputing the late fee assessed to the account in December 2017. We received a payment on December 7, 2017, for $635.07. This payment was applied to the November 2017 payment due date. Late fees are assessed according to the requirements found in your Fixed/Adjustable Rate Note and state law. If the fee is allowed under the Fixed/Adjustable Rate Note and state law, a late fee may be assessed if we do not receive your monthly payment prior to the expiration of any applicable grace period. The late fee amount and grace period are outlined on the first page of your Mortgage Statement. For your review, we have enclosed the Fixed/Adjustable Rate Note, SPS Transaction History (payment history), Fee History, and the How to Read Your Monthly Statement.

Based on the SPS Transaction History, it appears you did not make a payment in December of 2016. If you believe you made that payment, we suggest you contact your bank or credit union to obtain documentation. Acceptable documentation may include a front and back image of the check you claim we have cashed or other evidence from your bank showing that a payment was processed by SPS.

As of the date of this letter, the account is current and due for January 1, 2018.

SPS has reviewed and responded to your inquiry as discussed above. You may request, and we will provide, at no charge, copies of the documents that we relied on in reaching our determination. If we cannot provide such documents because they are privileged or proprietary, we will advise you.

Please send any such requests to:

Select Portfolio Servicing, Inc.
Attn: Research Documents
P.O. Box 65277
Salt Lake City, UT 84165-0277

*[handwritten:] Enclosed is copy of December 2016 payment mailed Dec 1, 2016. Again you need to teach accounting dept. how to apply payments.*

*[handwritten signature:] Elyse*

*[handwritten:] CC: Aaron Wernick*





February 16, 2018                              Exhibit "H"

Elyse Isadore
9835-16 Lake Worth Rd.
Lake Worth, FL 33467

**Account Number:**         0014632186
**Case Reference Number:**  0000752862SL
**Property Address:**       4289 S. Mary Circle
                            Palm Beach Gardens, FL 33410

Dear Mr. Isadore,

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, received your inquiry on February 2, 2018. In your inquiry, you raised a question regarding:

- Payment Application

We have completed a full review of your inquiry and your account, and our response is below.

**Payment Application**

In your inquiry, you sent a copy of your payment that wasn't applied to the account. We have located the payment for $635.03. Your payment was sent along with a second check, meant for your other account ending in 3103. Unfortunately, neither check had the SPS account number written on them. As a result, they were both applied to your account ending in 3103, with an effective date of December 5, 2016. SPS is in the process of reversing this payment and applying it to the correct account.

As of the date of this letter, the account is due for December 1, 2016 or 15 payments past due.

SPS has reviewed and responded to your inquiry as discussed above. You may request, and we will provide, at no charge, copies of the documents that we relied on in reaching our determination. If we cannot provide such documents because they are privileged or proprietary, we will advise you.

Please send any such requests to:

    Select Portfolio Servicing, Inc.
    Attn: Research Documents
    P.O. Box 65277
    Salt Lake City, UT 84165-0277





Exhibit "I"



**SELECT** *Portfolio* **SERVICING,** *inc.*

**Let us help you explore your options!**

SPS, your mortgage servicer is unable to contact you. At SPS we seek to provide solutions to our customers. You may request a face-to-face meeting at one of our offices.

*Call us at 888-818-6032 to discuss your options. Please have your account number ready when you call.*

Mon. - Thurs. / 8 am - 11 pm
Friday / 8 am - 9 pm
Saturday / 8 am - 2 pm
Eastern Time

# mr. cooper

**CHANGING THE FACE OF HOME LOANS**

8950 Cypress Waters Blvd.
Coppell, TX 75019

Exhibit "J"

**INFORMATIONAL STATEMENT**



| CONTACT INFORMATION |
|---|
| Customer Service: 877-343-5602 |
| Monday – Friday: 8 a.m. – 5 p.m. CT |
| www.mrcooper.com |
| Your Dedicated Loan Specialist is Toyisha Fisher and can be reached at (866)-316-2432 or via mail at: |
| **8950 Cypress Waters Blvd., Coppell, TX 75019** |

| | |
|---|---|
| Statement Date: | 06/19/2018 |
| Loan Number: | 596621917 |
| Payment Due Date: | 07/01/2018 |
| **Total Payment Amount:** | **$20,772.30** |

Property Address:
3835 VAN COTT CIR
WEST PALM BEACH, FL 33403

Our records show that you are a debtor in bankruptcy. We are sending this
statement to you for informational and compliance purposes only. It is not an
attempt to collect a debt against you.
If you want to stop receiving these statements, please contact us in writing
at the address on the following page.

809820.2-NNNN-30090896.681
ELYSE A ISADORE
9835 LAKE WORTH ROAD #16
LAKE PARK, FL 33467

809820.2-NNNN-7848933O-681.1

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $61,400.22 |
| Interest Rate (Until 11/01/2012) | 5.250% |
| Escrow Balance | ($11,330.14) |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

## Explanation of Total Payable Amount

| | |
|---|---|
| Principal | $95.82 |
| Interest | $268.63 |
| Escrow Amount (for Taxes and Insurance) | $1,362.88 |
| **Regular Monthly Payment** | **$1,727.33** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $19,044.97 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$20,772.30** |

## Past Payments Breakdown

| | Payments Rec'd Since 05/22/2018 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $190.40 |
| Interest | $0.00 | $538.50 |
| Escrow (Taxes & Insurance) | $0.00 | $2,725.76 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $284.76 |
| **Total** | **$0.00** | **$3,739.42** |

## Transaction Activity (05/22/2018 to 06/19/2018)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|

## Important Messages                    (See Reverse side for Additional Critical Notices)

*As shown above, the escrow account has a negative balance. The deficiency in the escrow account may result in an increase in the monthly escrow payment. We recommend you make additional payments towards escrow to eliminate or reduce this deficiency.*
*Lender Paid Expenses are funds paid by Mr.Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*
*If you no longer wish to receive a monthly statement, please send a written request to the following address:*
*PO Box 613287 Dallas, TX 75261*
*If you later choose to resume delivery of a monthly statement, please do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*
*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*
*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

---

✄- - - - - - DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY. - - - - - -

# mr. cooper

**CHANGING THE FACE OF HOME LOANS**    www.mrcooper.com

## VOLUNTARY PAYMENT COUPON

| ACCOUNT NUMBER | TOTAL PAYABLE AMOUNT |
|---|---|
| 596621917 | 07/01/2018        $20,772.30 |

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

ELYSE A ISADORE

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

| | |
|---|---|
| ADDITIONAL ESCROW | $ _____ |
| **ADDITIONAL PRINCIPAL | $ _____ |

| TOTAL AMOUNT OF YOUR CHECK |  |
|---|---|
| *DO NOT SEND CASH* |  |

**All amounts must be paid in full before additional principal can be made.

05966219175 002077230   002077230

**mr. cooper®**
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

**OUR INFO**
**ONLINE**
www.mrcooper.com

06/19/2018

ELYSE A ISADORE
9835 LAKE WORTH ROAD #16
LAKE PARK, FL 33467

**LOAN INFO**
**LOAN NUMBER:** 596621917
**PROPERTY ADDRESS:**
3835 VAN COTT CIR
WEST PALM BEACH, FL 33403

809820.2-NNNN-78489330-681.3*

Dear Elyse Isadore,

At Mr. Cooper, we're committed to helping homeowners find solutions in times of difficulties.

Our records indicate that you are a debtor in bankruptcy and we are sending you this letter for informational and compliance purposes only. It is not an attempt to collect a debt against you.

*Recent Account History:*

Payment due 01/01/2018: Unpaid balance of $1,727.33

Payment due 02/01/2018: Unpaid balance of $699.80

Payment due 03/01/2018: Unpaid balance of $699.80

Payment due 04/01/2018: Unpaid balance of $699.80

Payment due 05/01/2018: Unpaid balance of $699.80

Payment due 06/01/2018: Unpaid balance of $699.80

**Current payment due 07/01/2018: $1,727.33**
**As of 06/19/2018, the total payable amount is $20,772.30 to bring the loan current.**

If you wish to voluntarily pay the amount due, please call us to request the full amount due, as the amount stated above may not include recent interest or other charges and credits.

The loan recently transferred to Mr. Cooper. If the payment history above is less than 6 months, please review the prior monthly statements or contact your prior servicer for information regarding the 6-month payment history.

We are here to help. You do have options in addition to the options available in the current bankruptcy proceeding. *Here are some of the solutions that might be available, depending on your situation:
• Modifying the terms of the current loan.
• If you simply can't pay the mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off the current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. To locate a HUD-approved housing counselor who can help you explore possible solutions:

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

Mr. Cooper is a proud member of the HOPE NOW Alliance. For information about resources that might be able to help you find a solution to your hardship:

- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

If you have any questions, please contact our Customer Service Department at 877-343-5602 or via mail at the address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY